(Reported below: 61 Fed. Appx. 920);
(61 Fed. Appx. 922);
(67 Fed. Appx. 246);
(61 Fed. Appx. 921);
(61 Fed. Appx. 920);
(61 Fed. Appx. 920);
(61 Fed. Appx. 921);
(61 Fed. Appx. 921);
(67 Fed. Appx. 247);
(61 Fed. Appx. 921);
(61 Fed. Appx. 920);
(61 Fed. Appx. 920);
(67 Fed. Appx. 246);
(61 Fed. Appx. 920);
(67 Fed. Appx. 246);
(61 Fed. Appx. 920);
(61 Fed. Appx. 921);
(61 Fed. Appx. 921);
(61 Fed. Appx. 920); and
(67 Fed. Appx. 246). C. A. 5th Cir. Certiorari denied.